[No. 31341-0-I. Division One. August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ESEQUIEL
CRUZ CHAPA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-01994-1, Richard M. Ishikawa, J., entered
August 19, 1992. *Dismissed* by unpublished per curiam
opinion.

[No. 30218-3-I. Division One. August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
RAY WARBUS, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 91-1-00697-3, Michael F. Moynihan, J.,
entered February 26, 1992. *Affirmed* by unpublished opinion
per Becker, J., concurred in by Webster, C.J., and Kennedy,
J.

[No. 30589-1-I. Division One. August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN K.
RILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05073-9, James D. McCutcheon, Jr., J.,
entered April 3, 1992. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Scholfield and Baker, JJ.

[No. 32397-1-I. Division One. August 1, 1994.]

PAUL SODERBERG, *Appellant*, v. THE CITY OF SEATTLE
CIVIL SERVICE COMMISSION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-21145-9, Charles V. Johnson, J., entered
February 4, 1993. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Webster, C.J., and Agid, J.